935

No. 93–5799. JACKSON v. YARBROUGH ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5800. KLEIN v. BOXX ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5807. MCLAUGHLIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5811. PONTICELLI v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93–5815. COLQUITT v. FRATUS ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–5817. BRAY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–5822. RAFLA v. AZIZ. Sup. Ct. Tex. Certiorari denied.

No. 93–5823. PRUNTY v. VOINOVICH, GOVERNOR OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 93–5824. RUCKER v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 93–5825. OWENS v. WILLIAMS ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–5826. REED v. LABORERS' INTERNATIONAL UNION OF NORTH AMERICA ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–5848. MASON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93–5850. BROWN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5853. RACIMO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5855. GREENE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5881. WATKINS v. BOWERS ET AL. C. A. 8th Cir. Certiorari denied.